IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | INDICTMENT No. 3:21-CR-000039-19 |
| v. | ) | |
| | ) | |
| NATHANIEL WILKINS, | ) | HON. TILLMAN SELF |
| | ) | U.S. DISTRICT COURT JUDGE |
| Defendant. | ) | |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND MOTION TO FILE OUT OF TIME MOTION TO DISMISS INDICTMENT

Before the Court is Defendant Nathaniel Wilkins Motion to Continue his trial set for January 25, 2024, as well as his motion to file an out-of-time motion to dismiss the Indictment based upon double jeopardy grounds. [Doc. 534]. The Government does not oppose either motion. For good cause shown, the Court **GRANTS** Defendant Wilkins' motions.

It is hereby **ORDERED** that Defendant be permitted to file an out-of-time motion to dismiss the Indictment based upon double jeopardy grounds. Defendant may refile his Motion to Dismiss the Indictment Based on Double Jeopardy Grounds attached as Exhibit A to Docket Entry No. 534. The Government is hereby **ORDERED** to respond to Defendant's Motion to Dismiss by March 4, 2024.

Finally, consistent with the Defendant's unopposed Motion to Continue his trial,

the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial. Accordingly, the Court hereby **GRANTS** Defendant's unopposed Motion to Continue [Doc. 534] and **CONTINUES** this case to June 24, 2024, as to Defendant Nathaniel Wilkins. The delay occasioned by this continuance shall be deemed **EXCLUDABLE**. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

    SO ORDERED, this 28th day of December, 2023.

                                      S/ Tilman E. Self, III
                                      **TILMAN E. SELF, III, JUDGE**
                                      **UNITED STATES DISTRICT COURT**